CAUSE NO.2014-60091

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 5:36:08 PM
CHRISTOPHER A. PRINE
Clerk

P2 DISMY

| | | |
|---|---|---|
| MELIFERA PARTNERS, LLC COURT OF MW REALTY GROUP And MELISSA WALTERS | § § § § | IN THE DISTRICT |
| Plaintiffs, | § § | |
| vs. | § § | |
| CAMERON NAMAZI, Individually, And In His Capacity As An Agent Of MEGA SHIPPING, LLC; ALI LAHIJANI, Individually, And In His Capacity As Manager And/Or Owner Of MEGA SHIPPING, LLC; and MEGA SHIPPING, LLC | § § § § § § § § § | HARRIS COUNTY, TEXAS |
| Defendants. | § | 157th JUDICIAL DISTRICT |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND FOR SANCTIONS PURSUANT TO THE CITIZEN PARTICIPATION ACT AND AWARDING PLAINTIFFS' ATTORNEY FEES AND COSTS

On this _____ day of _____, 2014, Defendants' Motion To Dismiss Pursuant To The Citizen Participation Act And Motion For Sanctions Plaintiffs/Counter- Defendants' Motion To Compel Discovery Responses was heard by this Court, and after considering this Motion and the Response of Plaintiffs, the pleadings on file, and the argument of counsel, the Court **DENIES** Defendants' Motion To Dismiss Pursuant To The Citizen Participation Act And Motion For Sanctions and the Court so ORDERS, ABJUDGES AND DECREEDS.

It is **FURTHER ORDERED, ADJUDGED AND DECREED** that based on a finding by this Court that Defendants' Motion to Dismiss Pursuant To the Citizen Participation Act and Motion for Sanctions was frivolous or solely intended for delay, that Defendant Ali Lahijani and his attorney of record, are to pay to Plaintiffs

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

APPENDIX A

176

costs incurred in responding to said Motion and attending a hearing for said Motion of

$_____, including reasonable attorney fees of $_____ within

_____days of this hearing.

No attorneys' fees are awarded.

SIGNED this ____12th____ day of ___Dec_____, 2014.

_____
Presiding Judge

177